IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WENDY BOYLAN, | ) CASE NO. 1:14-CV-00049 |
| Plaintiff | ) JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) |
| THINGS REMEMBERED, INC. | ) |
| Defendant. | ) |

___

MOTION TO PARTICIPATE *PRO HAC VICE*
___

Pursuant to Local Rule 83.5(h) Defendant Things Remembered, Inc. hereby requests permission for Christopher H. Doyle to participate *pro hac vice* in the above- referenced case. As set forth in the attached affidavit, Mr. Doyle is a member in good standing of the highest court of California. The undersigned have entered an appearance as local co-counsel in this case.

Respectfully submitted,

/s/ T. Christopher O'Connell
Michael R. Stavnicky
(Reg. No. 0063726)
T. Christopher O'Connell
(Reg. No. 0075395)
Singerman, Mills, Desberg & Kauntz Co., L.P.A.
3333 Richmond Road, Suite 370
Beachwood, Ohio 44122
(216) 292-5807
F: (216)292-5867
mstavnicky@smdklaw.com
coconnell@smdklaw.com
Attorneys for Defendant

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d) and 5(e), I hereby certify that on this 24th day of January 2014, a copy of the foregoing was delivered by electronic mail via this Court's Electronic Filing System to all parties.

/s/ T. Christopher O'Connell
One of the Attorneys for Defendant