

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| WENDY BOYLAN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THINGS REMEMBERED, INC.<br><br>_____Defendant._____ | CASE NO: 1:14-cv-00049-CAB<br>Judge: Hon. Christopher A. Boyko<br><br>**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF RONALD A. MARRON** |

1

PLEASE TAKE NOTICE that the undersigned counsel for Plaintiff Wendy Boylan, on behalf of herself, all others similarly situated, hereby does and shall move before the Honorable Christopher A. Boyko, United States Judge for the United States District Court for the Northern District of Ohio, Carl B. Stokes United States Court House, 801 West Superior Avenue, Courtroom 15B, Cleveland, Ohio 44113, pursuant to Local Civil Rule 83.5(h), for entry of an Order admitting Ronald A. Marron, Esq. *pro hac vice* in the above-captioned action. Mr. Marron is a member in good standing of the California State Bar and is admitted to practice before the United States District Court for the Northern, Central, Eastern and Southern Districts of California, as well as the United States Court of Appeals for the Ninth Circuit.

Ronald A. Marron (CA SBN: 175650)
Law Offices of Ronald A. Marron
651 Arroyo Drive
San Diego, California 92103
Tel.: 619-696-9006
Fax: 619-564-6665
Email: ron@consumersadvocates.com

State Bar of California: Admitted in 01/1995
Disciplinary Action: N/A

PLEASE TAKE FURTHER NOTICE that Oral Argument is requested if this application is opposed.

Dated: January 24, 2013

By: /s/ Ronald A. Marron
Ronald A. Marron
Law Offices of Ronald A. Marron
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**Attorney for Plaintiff Wendy Boylan**