UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| WENDY BOYLAN,<br><br>        Plaintiff,<br><br>   v.<br><br>THINGS REMEMBERED, INC.,<br><br>        Defendant. | CASE NO.   1:14-cv-00049 CAB<br><br>JUDGE CHRISTOPHER A. BOYKO |

**MOTION FOR MICHAEL J. HASSEN TO PARTICIPATE *PRO HAC VICE***

        Christopher H. Doyle (CA Bar #190016)
        Jeffer Mangels Butler & Mitchell LLP
        Two Embarcadero Center, 5th Floor
        San Francisco, CA 94111
        Telephone:  (415) 398-8080
        Facsmile:  (415) 398-8080
        Email: chd@jmbm.com
        Admitted *Pro Hac Vice*

Pursuant to Local Rule 83.5(h), Defendant Things Remembered, Inc. hereby requests permission for Michael J. Hassen to participate *pro hac vice* in the above-referenced case. As set forth in the attached Certificate of Good Standing, Mr. Hassen is a member in good standing of the highest court of California. Mr. Hassen has been admitted in the following Courts:

> State Bar of California, 1986, California State Bar No. 124823
> United States Supreme Court, 1992
> U.S. Court of Appeals, Ninth Circuit, 1986
> U.S. District Court, Northern District of California, 1986
> U.S. District Court, Eastern District of California, 1989
> U.S. District Court, Southern District of California, 1995
> U.S. District Court, Central District of California, 1995
> U.S. District Court, Northern District of Illinois, 2010
> U.S. Court of Appeals District of Columbia Circuit, 2009
> District of Columbia, 2008
> U.S. Court of Appeals, Second Circuit, 2010
> U.S. Court of Appeals, Fourth Circuit, 2010
> U.S. Court of Appeals, Fifth Circuit, 2010
> U.S. Court of Appeals, Seventh Circuit, 2010

Mr. Hassen has never been disbarred or suspended from the practice of law before any court, department, bureau or commission of any State or the United States nor has he ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Mr. Hassen's business address is as follows:

> Michael J. Hassen, CA State Bar No. 124823
> Jeffer Mangels Butler & Mitchell LLP
> Two Embarcadero Center, 5th Floor
> San Francisco, CA 94111
> Telephone: (415) 398-8080
> Facsimile: (415) 398-5584
> Email: mjh@jmbm.com

DATED: February 3, 2014                    JEFFER MANGELS BUTLER & MITCHELL LLP


                                           By: /s/ Christopher H. Doyle
                                                CHRISTOPHER H. DOYLE
                                            Attorneys for defendant THINGS REMEMBERED, INC.

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P. 5(d) and 5(e), I hereby certify that on this 3rd day of February, 2014, a copy of the foregoing was delivered by electronic mail via this Court's Electronic Filing System to all parties.

/s/ Christopher H. Doyle
Attorney for Defendant