

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION - CLEVELAND

| | |
|---|---|
| WENDY BOYLAN, on behalf of herself and all others similarly situated, | CASE NO. 1:14-cv-00049-CAB |
| Plaintiff, | JUDGE: Hon. Christopher A. Boyko |
| v. | **NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF ALEXIS M. WOOD** |
| THINGS REMEMBERED, INC. | |
| Defendant. | |



1

**PLEASE TAKE NOTICE** that the undersigned counsel for Plaintiff Wendy Boylan, on behalf of herself, all others similarly situated, hereby does and shall move before the Honorable Christopher A. Boyko, United States Judge for the United States District Court for the Northern District of Ohio, Carl B. Stokes United States Court House, 801 West Superior Avenue, Courtroom 15B, Cleveland, Ohio 44113, pursuant to Local Civil Rule 83.5(h), for entry of an Order admitting Alexis M. Wood, Esq. *pro hac vice* in the above-captioned action. Ms. Wood is a member in good standing of the California State Bar and is admitted to practice before the United States District Court for the Northern, Central, Eastern and Southern Districts of California.

> Alexis M. Wood (CA SBN: 270200)
> LAW OFFICES OF RONALD A. MARRON
> 651 Arroyo Drive
> San Diego, California 92103
> Tel.: 619-696-9006
> Fax: 619-564-6665
> Email: alexis@consumersadvocates.com
>
> State Bar of California: Admitted in 06/2010
> Disciplinary Action: N/A

**PLEASE TAKE FURTHER NOTICE** that Oral Argument is requested if this application is opposed.

Dated: January 27, 2014        By: _____
                               **Alexis M. Wood**
                               LAW OFFICES OF RONALD A. MARRON
                               651 Arroyo Drive
                               San Diego, California 92103
                               Telephone: (619) 696-9006
                               Facsimile: (619) 564-6665
                               *alexis@consumersadvocates.com*

                               **Attorney for Plaintiff Wendy Boylan**