

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION - CLEVELAND

| | |
|---|---|
| WENDY BOYLAN, on behalf of herself and all others similarly situated, | CASE NO. 1:14-cv-00049-CAB |
| Plaintiff, | JUDGE: Hon. Christopher A. Boyko |
| v. | **NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF DOUGLAS J. CAMPION** |
| THINGS REMEMBERED, INC. | |
| Defendant. | |

**PLEASE TAKE NOTICE** that the undersigned counsel for Plaintiff Wendy Boylan, on behalf of herself, all others similarly situated, hereby does and shall move before the Honorable Christopher A. Boyko, United States Judge for the United States District Court for the Northern District of Ohio, Carl B. Stokes United States Court House, 801 West Superior Avenue, Courtroom 15B, Cleveland, Ohio 44113, pursuant to Local Civil Rule 83.5(h), for entry of an Order admitting Douglas J. Campion, Esq. *pro hac vice* in the above-captioned action. Mr. Campion is a member in good standing of the California State Bar and is admitted to practice before the United States District Court for the Northern, Central, Eastern and Southern Districts of California.

Douglas J. Campion (CA SBN 75381)
LAW OFFICES OF DOUGLAS J. CAMPION
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Tel.: 619-299-2091
Fax: 619-858-0034
Email: doug@djcampion.com

State Bar of California: Admitted in 09/1977
Disciplinary Action: N/A

**PLEASE TAKE FURTHER NOTICE** that Oral Argument is requested if this application is opposed.

Dated: February 5, 2014       By: _____
                              **Douglas J. Campion**
                              LAW OFFICES OF DOUGLAS J. CAMPION
                              409 Camino Del Rio South, Suite 303
                              San Diego, California 92108
                              Telephone: 619-299-2091
                              Facsimile: 619-858-0034
                              *doug@djcampion.com*

                              **Attorney for Plaintiff Wendy Boylan**

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION - CLEVELAND

| | |
|---|---|
| WENDY BOYLAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THINGS REMEMBERED, INC.<br><br>Defendant. | CASE NO. 1:14-cv-00049-CAB<br><br>JUDGE: Hon. Christopher A. Boyko<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on February 5, 2014, I served a true and correct copy of the foregoing by U.S. Mail postage prepaid:

- **NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF DOUGLAS J. CAMPION**

On the following interested parties:

1

MICHAEL J. HASSEN
*mjh@jmbm.com*
CHRISTOPHER H. DOYLE
*chd@jmbm.com*
**JEFFER, MANGELS, BUTLER & MITCHELL, LLP**
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813


Executed on February 5, 2014, at San Diego, California.

By: _____
NOEMI PEREZ LARA