## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| WENDY BOYLAN,<br>On Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>THINGS REMEMBERED, INC.<br><br>        Defendant. | CASE NO. 1:14-cv-00049-CAB<br>Judge: Hon. Christopher A. Boyko<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

**<u>ORDER</u>**

Having read and considered the Joint Motion filed by Plaintiff Wendy Boylan and Defendant Things Remembered, Inc. for an Order dismissing this action, and good cause appearing therefor,

The parties' Joint Motion for an Order dismissing Plaintiff Boylan's individual claims with prejudice and putative class claims without prejudice is hereby granted. Both Parties to bear their own costs and attorneys' fees.

**SO ORDERED.**

DATED: June 5, 2014                        s/ Christopher A. Boyko

                                                          Honorable Christopher A. Boyko

                                                          United States District Court Judge